UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BARKER, | ) | CASE NO. CV 17-4734-RSWL (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| DEAN BORDERS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  7/13/2017     s/ RONALD S.W. LEW
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

C:\Users\sbourgeoi\AppData\Local\Temp\notesC7A056\CV 17-4734 Judgment.wpd